900

No. 84–1717. UNITED STATES v. QUINN. C. A. 9th Cir. Certiorari granted.

No. 84–1744. HENDERSON ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari granted.

No. 84–1777. INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, ET AL. v. BROCK, SECRETARY OF LABOR. C. A. D. C. Cir. Certiorari granted.

No. 84–1809. FEDERAL TRADE COMMISSION v. INDIANA FEDERATION OF DENTISTS. C. A. 7th Cir. Certiorari granted.

No. 84–1973. THREE AFFILIATED TRIBES OF THE FORT BERTHOLD RESERVATION v. WOLD ENGINEERING, P. C., ET AL. Sup. Ct. N. D. Certiorari granted.

No. 85–195. ICICLE SEAFOODS, INC. v. WORTHINGTON ET AL. C. A. 9th Cir. Certiorari granted limited to Question 1 presented by the petition.

No. 85–246. UNITED STATES v. DION. C. A. 8th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 84–6859. SKIPPER v. SOUTH CAROLINA. Sup. Ct. S. C. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Question I presented by the petition.

No. 84–1805. TULALIP TRIBES OF WASHINGTON ET AL. v. FEDERAL ENERGY REGULATORY COMMISSION. C. A. 9th Cir. Certiorari denied.

No. 84–1877. STEARNS CO. ET AL. v. HODEL, SECRETARY OF THE INTERIOR, ET AL.; and
No. 84–1938. GABRIEL ENERGY CORP. v. HODEL, SECRETARY OF THE INTERIOR, ET AL. C. A. 6th Cir. Certiorari denied. Reported below: 753 F. 2d 521.